*Unsealed on 1/30/08 as to minute order.*

**ORDERED SEALED BY COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | MAGISTRATE CASE NO. |
|                              ) | |
|           Plaintiff,         ) | SEALING ORDER |
|                              ) | |
|    v.                        ) | |
|                              ) | 08 MJ 0220 |
| DANIEL JOSEPH TARCHALA,      ) | |
|                              ) | |
|           Defendant.         ) | |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order

of the Court.

IT IS SO ORDERED.

DATED: ____1/25/08____.

_____
UNITED STATES MAGISTRATE JUDGE