AO 442

*F. No. 1440143*

# United States District Court

**ORDERED SEALED BY COURT**    *unsealed 1/29/08*

## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**FILED**

v.

**WARRANT FOR ARREST**

DANIEL JOSEPH TARCHALA

FEB 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**CASE NUMBER:**  08 MJ 0220

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DANIEL JOSEPH TARCHALA

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

RECEIVED 2008 JAN 29 A 42 U.S. SOUTHERN ... OF

| | | | |
|---|---|---|---|
| ☐ Indictment | ☐ Information | ☒ Complaint | ☐ Order of Court | ☐ Violation Notice | ☐ Probation Violation Petition |
| | | | ☐ Pretrial Violation |

charging him or her with (brief description of offense) _____

18 U.S.C. § 2252(a)(4)(B)    Possession of Images of Children Engaged in Sexually Explicit Conduct

In violation of Title _____ 18 _____    United States Code, Section(s) _____ 2252 (a)(4)(B) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

Signature of Deputy                           Date and Location

Bail fixed at $  *NONE SO*    by  _____    *U.S. Magistrate Judge*
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | DATE *11/28/08* ARRESTED BY *S/A T. Walbridge, FBI* | |

*CLASS II "I"*

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

*3704*