```
1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile:  (619) 280-8023
4
   Attorney for DANIEL TARCHALA
5
```

FILED
FEB 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL JOSEPH TARCHALA, ) <br> ) <br> Defendant. ) | Case No. 08MJ0220 <br><br> SUBSTITUTION OF ATTORNEY AND ORDER THEREON |

The undersigned defendant, Daniel Joseph Tarchala, hereby substitutes Brian J. White to act as his attorney of record in the above-captioned case on file herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | The current attorney is now relieved of all duties in this case, including trial and appeal.

2

3 | I CONSENT TO THIS SUBSTITUTION.

4

5 | Dated:

                         INGE BRAUER

6

7 | I CONSENT TO THIS SUBSTITUTION.

8

9 | Dated: 2/2/08

                         BRIAN J. WHITE

10

11 | I CONSENT TO THIS SUBSTITUTION.

12

13 | Dated: 2 Feb 08

                         DANIEL JOSEPH TARCHALA

14

15 | IT IS SO ORDERED.

16

17 | Dated: 2/8/08

                         U.S. MAGISTRATE COURT JUDGE

1  The current attorney is now relieved of all duties in this case, including trial and appeal.

2

3  I CONSENT TO THIS SUBSTITUTION.

4

5  Dated: 2/5/08

                              INGE BRAUER

6

7  I CONSENT TO THIS SUBSTITUTION.

8

9  Dated: 2/2/08

                              BRIAN J. WHITE

10

11  I CONSENT TO THIS SUBSTITUTION.

12

13  Dated: 2 Feb 08

                              DANIEL JOSEPH TARCHALA

14

15  IT IS SO ORDERED.

16

17  Dated:

                              U.S. MAGISTRATE COURT JUDGE