# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08MJ220__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| (1) Daniel Joseph Tarchala | ) | Booking No. __07064298__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/13/08__ the Court entered the following order:

__X__ Defendant be released from custody. TO PRETRIAL SERVICES BY 10:00AM

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __75,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.  BY 10:00AM

__X__ Defendant to be released to Pretrial Services for electronic monitoring: BORIS IIIC C 619-520-8602

__X__ Other. __PRELIMINARY HEARING SET FOR 2/12/08 2PM - FOR__

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
_Michelle Joch_ Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY